**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-3324-WJM-KMT

ISMAEL MENDOZA,

    Plaintiff,

v.

ANDREW L. CISNEROS,
AM BUILDERS & CONTRACTORS SUPPLY CO INC.,
FOWLER & PETH INC.,
CITY OF GREELEY,
STATE OF COLORADO, and
UNITED STATES OF AMERICA

    Defendants.

---

**ORDER RE: SHOW CAUSE**

---

This matter is before the Court on its Order to Show Cause dated October 1, 2015. (ECF No. 71.) The Court ordered Plaintiff to show cause on or before October 12, 2015 why this action should not be dismissed as to the Defendants currently in default, Andrew Cisneros, the State of Colorado, and American Builders & Contractors Supply Co., Inc., for lack of prosecution. (*Id*.) Plaintiff has not responded to the Court's Order to Show Cause. Therefore, the Court ORDERS that its Order to Show Cause (ECF No. 71) is MADE ABSOLUTE, and Plaintiff's claims against Andrew Cisneros, the State of Colorado, and American Builders & Contractors Supply Co., Inc. are DISMISSED WITHOUT PREJUDICE for lack of prosecution.

Dated this 14th day of October, 2015.

BY THE COURT:

William J. Martínez
United States District Judge